## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**CARMEN DELGADO, PATRICIA
DELGADO, AND NICOLAS DELGADO,**

Plaintiffs,

**CIVIL NO. 04-1799 (DRD)**

v.

**ASHFORD PRESBYTERIAN COMMUNITY
HOSPITAL**,

Defendants

## <u>ORDER</u>

Upon consideration of the *Motion for a Court Order* filed by plaintiffs herein, the "Tribunal Examinador de Medicos de Puerto Rico" is hereby ordered to provide plaintiffs with the last known residental and professional addresses of Dr. Raquel Herrero Perez.

Plaintiffs are ordered to serve this order upon the "Tribunal Examinador de Medicos" de Puerto Rico" within five (5) days from the its issuance.  The "Tribunal Examinador de Medicos" is ordered to produce Dr. Raquel Herrero Perez's last known residential and professional addresses, within five (5) days of service.

In San Juan, Puerto Rico, this 4th day of October of 2005.

<u>s/ Daniel R. Dominguez</u>
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**