IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| CARMEN DELGADO, PATRICIA DELGADO AND NICOLAS DELGADO | * | CIVIL NO. 04-1799(DRD) |
| Plaintiffs | * | |
| v. | * | PLAINTIFFS DEMAND |
| ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL, et al. | * | TRIAL BY JURY |
| Defendants | * | |

**O R D E R**

Upon consideration of the "Motion to Compel", filed by Plaintiffs Carmen Delgado and Patricia Delgado in the case of caption, Dr. Moisés Esquenazi Franco is hereby ordered to provide Plaintiffs with a true and exact copy of the medical records of Atty. Nicolás Delgado, Social Security number 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, under his custody.

Plaintiffs are ordered to serve this order upon Moisés Esquenazi Franco within five (5) days of its issuance, and Dr. Moisés Esquenazi Franco is ordered to produce Atty. Delgado's medical records, within five (5) days of service.

In San Juan, Puerto Rico this 21st day of April of 2006.

**s/DANIEL R. DOMINGUEZ**

UNITED STATES DISTRICT JUDGE